■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN MORENO, Also Known as ANTONIO MARTE, Appellant. [602 NYS2d 541] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered February 8, 1991, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Wallach, Kupferman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS COLON, Appellant. [602 NYS2d 541] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered October 10, 1991, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, to run concurrently with a term of imprisonment of 1 year for violation of probation, unanimously affirmed.

The hearing court's determination of credibility is entitled to great weight and should not be disturbed on appeal absent compelling reasons. No evidence was presented to contradict the officer's account of the events leading up to defendant's arrest, and his testimony was not inherently improbable or unreliable *(see, People v Carter,* 37 NY2d 234, 239).* Concur—Rosenberger, J. P., Asch, Kassal and Rubin, JJ.